## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                     Cr. No. 25-427 JCH

JOE-RAY NEWSON,

      Defendants.

### MEMORANDUM OPINION AND ORDER

This case is before the Court *sua sponte* regarding Defendant's *Notice of Pro Se Filing* [Doc. 31] and the attachment thereto. The Notice, which was filed by Defendant's attorney, states that counsel received the attachment "from Latasha Woolridge on Mr. Newson's behalf with a request for their immediate submission" and that it is a "proposed *pro se* filing." The attachment consists of a one-page unsigned motion.

The Tenth Circuit has held that "because there is no constitutional right to 'a hybrid form of representation,' when defendants have the assistance of counsel, courts need not consider any filings made *pro se*." *United States v. Sandoval-De Lao*, 283 Fed. Appx 621, 625 (10th Cir. 2008) (unpublished) (citing *United States v. McKinley*, 58 F.3d 1475, 1480 (10th Cir. 1995) and *United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976)). *See also United States v. Castellon*, 218 Fed. Appx. 775, 780 (10th Cir. 2007) (unpublished) ("[W]here a defendant is represented by counsel, we do not accept pro se filings or allegations."); *id*. at 780 n. 4; *United States v. Pearl*, 324 F.3d 1210, 1216 (10th Cir. 2003) (noting that because defendant "is represented by counsel, we deny his motion to file an additional pro se supplemental brief").

Here, Defendant is represented by counsel, and the Court declines to consider the proposed pro se motion. Accordingly, the Notice and its attachment [Doc. 31] should be stricken from the record.

**IT IS THEREFORE ORDERED** that Defendant's *Notice of Pro Se Filings* [Doc. 31] and the attachment thereto are **STRICKEN** from the record in this case.

_____

**UNITED STATES DISTRICT JUDGE**